**MAYER BROWN LLP**
RUTH ZADIKANY (SBN 260288)
*rzadikany@mayerbrown.com*
C. MITCHELL HENDY (SBN 282036)
*mhendy@mayerbrown.com*
333 South Grand Avenue, 47th Floor
Los Angeles, California 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

**MAYER BROWN LLP**
CHARLES E. HARRIS, II (*pro hac vice forthcoming*)
*charris@mayerbrown.com*
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

Attorneys for Defendants
DAVEY TREE SURGERY COMPANY and
THE DAVEY TREE EXPERT COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

DANTE BRUMSEY, on behalf of the State of California, as a private attorney general,

Plaintiff,

vs.

DAVEY TREE SURGERY COMPANY, a Corporation; THE DAVEY TREE EXPERT COMPANY, a Corporation; and DOES 1 through 50, Inclusive,

Defendants.

Case No. 5:26-cv-7262

**DECLARATION OF ANNA C. DAVIS IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL**

Removed from the Superior Court for the County of Santa Cruz

State Case No. 26CV01377

Action Filed: April 23, 2026
Trial Date: None set

**DECLARATION OF ANNA C. DAVIS**

I, Anna C. Davis, declare as follows:

1. I have been employed by The Davey Tree Expert Company since July 29, 2002, and my current title is Senior Vice President of Human Resources. I submit this Declaration in support of Davey Tree Surgery Company ("Davey Surgery") and The Davey Tree Expert Company's ("Davey Tree") (together, "Defendants") Notice of Removal. The following declaration is based on my personal knowledge or upon my review of Defendants' records maintained in the ordinary course of business. If called as a witness, I could and would testify competently as to the accuracy of the facts set forth herein.

2. In my capacity as Senior Vice President of Human Resources, I am familiar with the systems, software and applications used by Defendants to store and maintain personnel and employment-related records, including the personnel records of Defendants' current and former employees, including those of Plaintiff Dante Brumsey. As part of my role, I am also familiar with the collective bargaining agreements governing Defendants' relationships with their employees.

3. I have reviewed the personnel records of Brumsey, which are maintained by Davey Surgery in the ordinary course and scope of its business. Based on my review of Brumsey's personnel records, Brumsey was employed by Davey Surgery from August 18, 2014 to July 8, 2025.

4. During his employment with Davey Surgery, Brumsey and other employees of Davey Surgery whom Plaintiff refers to as allegedly "aggrieved employees" were members of and represented by a labor organization, Local Union 1245 of the International Brotherhood of Electrical Workers, AFL-CIO ("Union"), and their employment was governed by a collective bargaining agreement that has been in effect between Davey Surgery and the Union. As relevant to this action, Plaintiff and other allegedly "aggrieved employees" were covered employees under a collective bargaining agreement effective from June 1, 2022, through September 30, 2027 (the "2022 CBA").

5. A true and correct copy of the 2022 CBA is attached hereto as **Exhibit 1**.

6. Davey Surgery provides vegetation management and related services for utility companies, including utility line clearance, emergency storm response, tree removal, tree pruning,

stump removal, and tree or limb guying. During all times relevant to this lawsuit, Davey Surgery has held (and continues to hold) a current and active California contractor's license, License Number 1065489. Attached hereto as **Exhibit 2** is a true and correct copy of Davey Surgery's "Contractor's License Detail" from the California Department of Consumer Affairs, Contractors State License Board website. The website notes that Davey Surgery has a contractor's license in the following classifications: C27 – Landscaping, C-61/D49 – Tree Service, C-61/D31 – Pole Installation and Maintenance, C31 – Construction Zone Traffic Control, and C49 – Tree and Palm.

7. Based on my review of Brumsey's personnel records, from at least 2021 until his termination in July 2025, Brumsey held the job title of Climber 4. Brumsey's job title (Climber 4) corresponds to the classification of Journeyman Tree Trimmer under the 2022 CBA, and his job duties entailed extensive tree pruning and trimming work.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on July 14, 2026 in Kent, Ohio.

Anna C. Davis

Anna C. Davis