# EXHIBIT 2

CONTRACTORS STATE LICENSE BOAR

# Contractor's License Detail for License # 1065489

**DISCLAIMER: A license status check provides information taken from the CSLB license database. Before relying on this information, you should be aware of the following limitations.**

- CSLB complaint disclosure is restricted by law ( B&P 7124.6 ) If this entity is subject to public complaint disclosure click on link that will appear below for more information. Click here for a definition of disclosable actions.
- Only construction related civil judgments reported to CSLB are disclosed ( B&P 7071.17 ).
- Arbitrations are not listed unless the contractor fails to comply with the terms.
- Due to workload, there may be relevant information that has not yet been entered into the board's license database.

Data current as of 7/15/2026 6:28:14 AM

## Business Information

DAVEY TREE SURGERY COMPANY
P O BOX 5015
LIVERMORE, CA 94551-5015
Business Phone Number:(925) 443-1723

| | |
|---|---|
| **Entity** | Corporation |
| **Issue Date** | 04/27/2020 |
| **Expire Date** | **04/30/2028** |

## License Status

**This license is current and active.**

**All information below should be reviewed.**

**Additional Status**

There is Complaint Disclosure information for this license.

## Classifications

- C27 - LANDSCAPING
- C-61 / D49 - TREE SERVICE
- C-61 / D31 - POLE INSTALLATION AND MAINTENANCE
- C31 - CONSTRUCTION ZONE TRAFFIC CONTROL
- C49 - TREE AND PALM

## Bonding Information

Contractor's Bond

This license filed a Contractor's Bond with FEDERAL INSURANCE COMPANY.
**Bond Number:** K15494529
**Bond Amount:** $25,000
**Effective Date:** 01/01/2023
Contractor's Bond History

Bond of Qualifying Individual

- This license filed Bond of Qualifying Individual number **K15494517** for KEVIN BRIAN PETERS in the amount of **$25,000** with FEDERAL INSURANCE COMPANY.
  **Effective Date:** 01/01/2023
  BQI's Bond History

- This license filed Bond of Qualifying Individual number **1065489** for MICHAEL ALLAN SANTOS in the amount of **$25,000** with FEDERAL INSURANCE COMPANY.
  **Effective Date:** 01/01/2023
  BQI's Bond History

## Workers' Compensation

This license has workers compensation insurance with the OLD REPUBLIC INSURANCE COMPANY
**Policy Number:**MWC31404525
**Effective Date:** 09/01/2025
**Expire Date:** 09/01/2026
Workers' Compensation History

**Workers' compensation classification code(s):**
0106 - Tree Pruning/Repairing/Trimming
8810 - Clerical Office Employees
8742 - Salespersons-Outside

For a description of the workers' compensation classification code(s) listed for this licensee, contact the licensee's insurance carrier. Contact information for the licensee's insurer is available by clicking the insurer link above. Classification codes are also available on the Workers' Compensation Insurance Rating Bureau's classification search page.

**The board does not verify or investigate the accuracy of classification codes displayed.**

## Other

- Personnel listed on this license (current or disassociated) are listed on other licenses.



Copyright © 2026 State of California